[No. 7991.  Department One.  July 10, 1909.]

SOUND TIMBER COMPANY, *Respondent*, v. J. F. BEARD *et al.*,
*Appellants.*[1]

APPEAL—REVIEW—CESSATION OF CONTROVERSY.  An order enjoin-
ing an execution sale will be affirmed on appeal where it appears
that the controversy has ceased by reason of the vacation of the
judgment upon which the execution was issued.

Appeal from an injunctional order of the superior court
for King county, Morris, J., entered November 23, 1908,
enjoining an execution sale, at the instance of the plaintiff.
Affirmed.

*W. F. Hays* and *James B. Reavis*, for appellants.

*Peters & Powell*, for respondent.

GOSE, J.—This is a companion case to *Hays v. Peavey*,
*ante* p. 78, 102 Pac. 889.  An execution was issued upon the
judgment referred to in that case, directed to the sheriff of
Snohomish county.  In obedience to the command of the
execution, he had levied upon certain real estate, and had
advertised it for sale.  Whereupon, on the application of the
respondent, he was enjoined from the making the sale.  This
appeal is prosecuted from the order of injunction.

In view of the fact that the judgment upon which the exe-
cution issued has been vacated, there has ceased to be a
controversy in this case.  The order will therefore be af-
firmed.

RUDKIN, C. J., FULLERTON, and CHADWICK, JJ., concur.
MORRIS, J., took no part.

[1]Reported in 102 Pac. 890.